```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 32632
   MARK A SOBIESZCZYK JR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-6708

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/02/2004 and was confirmed 12/09/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

     The case was paid in full 12/21/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
CHARTER ONE AUTO FINANCE   SECURED              .00              .00            .00
FIRST BANK                 CURRENT MORTG        .00              .00            .00
FIRST BANK                 MORTGAGE ARRE    1479.20              .00        1479.20
HEALTHCARE ASSOCIATES C    UNSECURED OTH    1073.23              .00        1073.23
LITTON LOAN SERVICING      CURRENT MORTG        .00              .00            .00
LITTON LOAN SERVICING      MORTGAGE ARRE    1552.82              .00        1552.82
ECAST SETTLEMENT CORP      SECURED          1200.00            43.25        1200.00
*SCHOTTLER & ZUKOSKY       PRIORITY       NOT FILED              .00            .00
RESURGENT ACQUISITION LL   UNSECURED        2589.20              .00         517.84
AMERICAN DEBT NEGOTIATIO   NOTICE ONLY    NOT FILED              .00            .00
AMERICAN GENERAL FINANCE   UNSECURED        2196.00              .00         439.20
HARLEY DAVIDSON CREDIT     UNSECURED      NOT FILED              .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED        4418.20              .00         883.64
MBNA AMERICA BANK          UNSECURED      NOT FILED              .00            .00
MONOGRAM BANK              UNSECURED      NOT FILED              .00            .00
COLLECTCORP                UNSECURED      NOT FILED              .00            .00
CITIBANK                   NOTICE ONLY    NOT FILED              .00            .00
NCM TRUST                  UNSECURED        2670.06              .00         534.01
AMERICAN EXPRESS TRAVEL    UNSECURED        1441.19              .00         288.24
SHERMAN ACQUISITION        NOTICE ONLY    NOT FILED              .00            .00
MBNA                       NOTICE ONLY    NOT FILED              .00            .00
ECAST SETTLEMENT CORP      UNSECURED          19.55              .00           3.91
ISAC                       UNSECURED        8307.55              .00        1661.51
ECAST SETTLEMENT CORP      UNSECURED       12232.68              .00        2446.54
*SCHOTTLER & ZUKOSKY       DEBTOR ATTY     2,150.00                         2,150.00
TOM VAUGHN                 TRUSTEE                                            818.07
DEBTOR REFUND              REFUND                                              48.54

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 32632 MARK A SOBIESZCZYK JR
```

```
TRUSTEE                                     15,140.00

PRIORITY                                                              .00
SECURED                                                          4,232.02
    INTEREST                                                        43.25
UNSECURED                                                        7,848.12
ADMINISTRATIVE                                                   2,150.00
TRUSTEE COMPENSATION                                               818.07
DEBTOR REFUND                                                       48.54
                                         ---------------    ---------------
TOTALS                                      15,140.00           15,140.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/27/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 04 B 32632 MARK A SOBIESZCZYK JR